SEALED BY ORDER OF THE COURT

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) Case No. **CR 20-71098-MAG** |
| MIHAI UNGURU | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Mihai Unguru

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1344(1) - Bank Fraud

Date: August 7, 2020

City and state: San Jose, CA

*Issuing officer's signature*

Hon. Susan van Keulen
*Printed name and title*

### Return

This warrant was received on (date) 08/21/20, and the person was arrested on (date) 08/21/20
at (city and state) Chesapeake VA

Date: 08/21/20

DUSM ROZIER Signing as arresting Officer due to Covid-19 restrictions

*Arresting officer's signature*

#J. Rozier DUSM
*Printed name and title*