**INITIAL APPEARANCE MINUTES:**

| | |
|---|---|
| Time set: 4:15 | Date: 8-24-20 |
| Start Time: 4:34 | Presiding Judge: Douglas E. Miller, USMJ |
| End Time: 4:55 | Courtroom Deputy: L. Woodcock |
| | Reporter: FTR |
| Split Time ( ) | U.S. Attorney: Elizabeth Yusi |
| | Defense Counsel: |
| | ( ) Retained ( ) Court appointed (✓) AFPD |
| | Interpreter: J. Donat  Romanian interpreter |

Case Number: 2:20mj303
USA v. Mihai Unguru

(X) Def. consents to remote hearing     R. Cejas, AFPD, present
(X) Deft. Present ( ) custody ( ) not in custody
(X) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest (X) Criminal Complaint
(X) Deft. advised of rights, charges and right to counsel
( ) Counsel desired (X) Defendant to retain: _____
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
( ) Financial Affidavit filed in open Court
( ) Court ( ) Directed ( ) Denied appointment of counsel
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) (X) Preliminary ( ) Removal Hearing set for 8/26/20 at 3:00 before _____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing    ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(X) Government motion for Detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted (✓) Denied
(X) Detention Hearing scheduled for 8/26/20 at 3:00 before DEM - Zoom.
( ) Detention Hearing ( ) Held ( ) Waived in _____.
(X) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: **(See Page 2)**
(X) Deft. remanded to custody of U. S. Marshal
(X) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on _____ at _____ for
    ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
    ( ) Norfolk ( ) Newport News
( ) _____
( ) _____

Govt motion to unseal - Granted.